IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY DONTE DIXON,

    Plaintiff,

v.

THE STATE OF WISCONSIN, JEFFERY KRAMERS, PORSHUA LAWAND, and PATRICK WAIT,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-650-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 10/26/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |